413 A.2d 1094

**REST HAVEN, CHESTNUT HILL, INC., Appellant,**

v.

**COMMONWEALTH of Pennsylvania BOARD OF FINANCE & REVENUE, Appellee.**

Supreme Court of Pennsylvania.

Argued April 24, 1980.

Decided May 16, 1980.

Michael J. Rutenberg, Philadelphia, for appellant.

Robert Patrick Coyne, Deputy Atty. Gen., for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN and KAUFFMAN, JJ.

## OPINION

PER CURIAM:

Order 35 Pa.Cmwlth. 115, 385 A.2d 609 affirmed.

FLAHERTY, J., took no part in the consideration or decision of this case.